# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 2, 2025

*Via CM/ECF*
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *United States v. Angel Romero*
        25 Cr. 478 (JPO)

Dear Judge Oetken,

I write to respectfully request a four-week adjournment of the status conference in the above-captioned case, which is currently scheduled for December 5, 2025. The government, by AUSA Leslie Arffa, consents to this application.

An adjournment is appropriate because the defense does not intend on filing any Rule 12 motions, except for a placeholder *Bruen* challenge, which can be denied summarily under the current Second Circuit precedent established by *Zherka v. Bondi*, 140 F.4th 68 (2d Cir. 2025). The defense asks for leave to file such placeholder motion on or before December 5, 2025. The defense has also requested a *Pimentel* letter from the Government, which is necessary to advance negotiations over a pre-trial resolution, and more time is needed to receive the *Pimentel* letter and see those negotiations through.

The parties agree that, should the Court grant this application, the additional period of delay is excludable from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) because the time is necessary to allow the parties to finish discussions over a negotiated disposition.

Granted. The December 5, 2025 pretrial conference is adjourned to January 6, 2026 at 10:30 am. The Court hereby excludes time through January 6, 2026, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
So ordered:
12/5/2025

Respectfully submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

J. PAUL OETKEN
United States District Judge